Jurisdiction is not retained.

THERESE FERNANDEZ v. ENGLEWOOD
HOSPITAL ASSOCIATION.

May 14, 1985.

Certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration in the light of *Woolley v. Hoffmann-LaRoche, Inc.*, 99 *N.J.* 284 (decided May 9, 1985).

Jurisdiction is not retained.

FRED SCORDO v. MERRILL LYNCH, PIERCE,
FENNER AND SMITH, INC.

May 17, 1985.

This matter having been duly considered, and the Court having determined that leave to appeal was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 99 *N.J.* 201)